# United States District Court
## Eastern For The District of North Carolina

Barry Giles 24928-016
Roderick Wood 50515-007
Alfred Miller 07085-007
Raphael Brandon 03051-007
Anthony Miller 41695-007
George Shamblee 08563-000
Kenneth Drew 31857-016
Jose Zapien 18733-097
Crisoford Cornejo. Hernandez, 22546-057

FILED

AUG 15 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

ALFRED MILLER         07085-007
BARRY GILES           24928-016
RODERICK WOOD         50515-007
RAPHAEL BRANDON       03051-007
ANTHONY MILLER        41695-007
GEORGE SHAMBLEE       08563-000
KENNETH DREW          31857-016
JOSE ZAPIEN           18333-097
CRISOFORD CONJEJO     22546-057

V

C.E.O. CORPARATION
RIVERS CORRECTIONA INST.
145 FISHER V ROAD
P.O. BOX 630 WINTON, N.C. 27986

## STATEMENT OF CLAIM

ON TUESDAY JUNE 09, 2014 A SHIPMENT OF FIREARMS WAS SENT TO THE WAREHOUSE AT RIVERS CORR. INST. THE ARMS WAS HANDLED BY FELONS. THIS INCIDENT BREACHED THE DUTY OWED BY PLAINTIFF TO IMATES FOR A SECURE INSTITUTION, FREE FROM THE THREAT OF HARM.

THE ARMS WERE NOT DELIVERED UNTIL WED. JUNE 10. THEREBY CAUSING POSSIBLE INCIDENT. AS A RESULT OF THIS ACT WE THE PLAINTIFFS FEARED FOR OUR LIVES, WERE MENTALLY HARMED (BAD DREAMS, ANXIETY, MENTAL ANGUISH, AND AGGRUATED EXISTING MENTAL PROBLEMS

## RELIEF SOUGHT

WE REQUEST PUNITIVE DAMAGES OF $5,000,000; TO MAKE SURE THIS DOESN'T HAPPEN AGAIN

- Anthony B Miller
416 95007

## STATE OF CLAIM

THIS INCIDENT MADE ME FEAR FOR MY LIFE AND AGGRAVATED MY P.T.S.

Kenneth Drew
318 57-016

This incident really feared me, to have guns handled by other inmates it really caused me to not be able to sleep at night and walk around not wanting to hold any type of conversation with anyone. Since this incident I been having nightmares and terrible headaces.

ON This day June, 9, 2014 Shipment of Gun's were sent to R.C.I, that day my life changed for the worse. I feared for my life. meaning that, I can't sleep at night, I feel that security did not do their job to protect the inmates and place security

Rashad Brandon 03051-007

After this particular incidents I had nightmares of being held hostage. I couldn't sleep and have anxity problems.

George Shambley 08563-CCC

WHEN THIS INCIDENT HAPPENED I EXPERIENCED ACUTE FEAR AND ANXIOUNESS FOR MY LIFE

Crisoforo Cornejo Hernandez 22546057

ON June, 9/14 My life changed. Why because R.C.I. put my life IN danger, I fear for my life because I feel that security did not protct me from danger.

Jose Zapien 18733097

On This day June 9, 2014 Shipment of Gun's were sent to R.C.I that day my life changed for the worse. I fear for my life meaning that I cant sleep at night. I feel that security did not do there job to protect the inmates and there security.

Roderick Wood 50515-007

6/9/14

On this day my life has changed because of the incident of guns being bought in the facility as a result of this I have been experiencing bad dreams about being hurt or even killed I cant sleep at night I felt like my life was in danger and security could have done a better job.

Barry Giles - 24928-016

MY NAME IS ALFRED MILLER AND I EXPERIENCED A FLASH BACK AND ABJECT FEAR, THIS INCIDENT HAS AGGRAVATED MY P.T.S.D AND MY SHIZOPHRENIA